1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2000 Grand Jury

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA,          )<br>                                   )<br>13                Plaintiff,          )<br>                                   )<br>14                                   )<br>                    v.             )<br>15                                   )<br>                                   )<br>16 THEODORE JENKINS,                 )<br>                                   )<br>17            Defendant.            )<br>                                   )<br>18                                   )<br>                                   )<br>19                                   )<br>                                   )<br>20 _____)<br>                                   )<br>21 | No. CR 00-99(A)-ER<br><br>F I R S T<br><br>S U P E R S E D I N G<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2422(b):  Use Of<br>Facility Of Interstate<br>Commerce To Attempt To Induce<br>A Minor To Engage In Criminal<br>Sexual Activity; 18 U.S.C. §<br>1470: Attempt to Transfer<br>Obscene Material to A Minor;<br>18 U.S.C. § 2252A(a)(5)(B):<br>Possession of Child<br>Pornography] | |

22    The Grand Jury charges:

23                           COUNT ONE

24                        [18 U.S.C. § 2422(b)]

25    Between on or about July 10, 1998, and on or about October

26 6, 1998, in Los Angeles County, within the Central District of

27 California, defendant THEODORE JENKINS knowingly used a facility

28 WOC:woc




or means of interstate commerce, specifically the Internet, to
knowingly attempt to persuade, induce, and entice an individual
who had not attained the age of 18 years to engage in sexual
activity for which any person can be charged with a criminal
offense.

2

1

COUNT TWO

2

[18 U.S.C. § 1470]

3    On or about July 14, 1998, in Los Angeles County, within the
4  Central District of California, defendant THEODORE JENKINS
5  knowingly used a facility or means of interstate commerce,
6  specifically the Internet, to knowingly attempt to transfer
7  obscene matter, specifically, five computer image files entitled
8  "10dodad," "0020fu-2," "10blojob," "8plus8y," and "amber9," to
9  another individual who had not attained the age of 16 years,
10  knowing that such other individual had not attained the age of 16
11  years.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3

COUNT THREE

[18 U.S.C. § 1470]

On or about August 24, 1998, in Los Angeles County, within the Central District of California, defendant THEODORE JENKINS knowingly used a facility or means of interstate commerce, specifically the Internet, to knowingly attempt to transfer obscene matter, specifically, one computer image file entitled "0471.jpg," to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

4

1    COUNT FOUR

2    [18 U.S.C. § 2252A(a)(5)(B)]

3        On or about February 29, 2000, in Los Angeles County, within

4    the Central District of California, defendant THEODORE JENKINS

5    knowingly possessed one computer diskette that contained more

6    than one image of child pornography, as defined in Title 18,

7    United States Code, Sections 2256(8)(A) and 2256(8)(C), which had

8    been shipped and transported in interstate and foreign commerce

9    by any means, including by computer, and that were produced using

10   materials that were so shipped and transported, by any means,

11   including by computer, knowing that the images were child

12   pornography.

13

14

15                          A TRUE BILL

16

17                                    _____
                                      Foreperson

18

19
     ALEJANDRO N. MAYORKAS
20   United States Attorney

21

22   GEORGE S. CARDONA
     Assistant United States Attorney
23   Chief, Criminal Division

24

25   SALLY L. MELOCH
     Assistant United States Attorney
26   Chief, Major Crimes Section

27

28                              5